# EXHIBIT 2

# MinuteClinic Providers & Nurses Town Hall Summary
## August 26, 2021



## Key Updates

- To access this week's Town Hall recording, visit the COVID-19 Resources Intranet Page under Daily Info you Need to Know>Archives>Town Hall Recordings or **click here**. **The next Town Hall will take place on September 9, 1:30 to 2:00 p.m. ET.**

### CVS Health COVID-19 Vaccine Mandate

- Earlier this week we announced that CVS Health made the decision to require that all colleagues in certain roles be fully vaccinated against COVID-19 by **October 31, 2021**.

- This applies to **all MinuteClinic colleagues**, including on-site MinuteClinic corporate colleagues, ADs, SPMs, NPs, PAs, LVNs, LPNs, ANs, LCSWs, Educators, students and our contingent workers providing COVID-19 testing.

- Colleagues who need a **reasonable accommodation** due to a medical condition or religious belief may apply with our Advice and Counsel team via myLeave within myHR, or by calling 888-694-7287.

- We are also **updating the essential functions** of our provider and nurse roles to help ensure our patients have a consistent experience at all of our clinics. This includes:

    1. Offering, ordering and administering immunizations and injections and providing evidence-based patient/parent vaccine counseling and education has always been and will continue to be an essential function for all patient-facing roles at MinuteClinic. This includes, but is not limited to evidence-based counseling and administration of the COVID-19 vaccine.

    2. Providing holistic, evidence-based care inclusive of education and treatment for pregnancy prevention, sexually transmitted infection (STI) prevention and safer sex practices is an essential step on our journey to primary care enablement and must be offered by every Provider and Nurse, as appropriate to licensure, at MinuteClinic.

### Three Key Focus Areas for the remainder of 2021

1. **COVID-19 Point of Care Testing:** Following a phased approach to transition POCT oversight to Area 6 virtual providers. Regions have been prioritized for transition based on VPH, with busiest clinics at the top of the list. On track to begin transitioning priority regions **starting the week of 9/8**, with other regions to follow.

2. **Patient Care Transformation (PCT) Update:** Based on feedback from our providers and field leaders, moving to a **phased roll-out**. This is consistent with previous large initiatives (e.g., Epic), gives us time to quickly identify and remediate any gaps and provides more time to recruit, hire and train ancillary nursing staff. Phase 1 sites will launch on 1/14/22, including small cohort of 1-2 markets per region, going live with all services. Fast follow, with additional clinics going live 2/27, and bulk of our clinics live by 4/3. SPMs getting more details and will begin sharing early next week.

3. **Sick Season 2021/2022:** Key priority is ensuring adequate staffing in our clinics for sick season and we are working aggressively to fill new positions.

# MinuteClinic Providers & Nurses Town Hall Summary
## August 26, 2021



## Quality Updates

### COVID-19 Vaccine Update

- FDA approved first COVID-19 vaccine this week (Pfizer/BioNTech vaccine).
- MinuteClinic will be adding mRNA COVID-19 vaccines to our services in mid September.
- J&J COVID-19 vaccine safety and quality reminders: Indicated for **ages 18+,** vial expires and must be discarded **6 hours** after it is opened, and it is important to document the vaccine the **day it is administered**
- COVID-19 vaccine boosters: Not quite ready yet, stay tuned. Awaiting guidance from CDC/ACIP. First populations eligible for boosters would be health care providers, residents of LTC facilities and older adults.
- Third dose of mRNA COVID-19 vaccines are available now for certain immunocompromised patient populations

### Updated MinuteClinic Policy on Medical and Religious Exemptions Requests

- Updated policy to specify that MinuteClinic is not the right provider to provide these exemption letters for patients. Recommend those seeking a religious exemption be referred back to a leader in their religious organization or to the primary care provider or specialist who has documented the history for which a medical exemption is being requested.
- Can review this policy on the Intranet, on the Policy page under Position Statements

### COVID-19 Delta Variant

- Protect yourself by getting vaccinated, continuing to follow standard and airborne transmission precautions, asking patients to wear a mask and follow distancing guidelines
- CASPR Compact Pro units shipping this week, will have one in the main exam room at all clinics

## Resources

As always, please continue to share your feedback and ask questions. Please either reach out to your leader or send an email to **MCCOVID-19@CVSHealth.com**.