UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**J ROBYN STRADER,**

   Plaintiff,

v.                                  **No. 4:23-CV-00038-P**

**CVS HEALTH CORPORATION ET AL.,**

   Defendants.

## ORDER

   Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside in this district or maintain their principal office in this district. N.D. TEX. R. 83.10(a). "Local counsel" means a member of the bar of this court who resides or maintain their principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the Fort Worth Division. *Id.*; *see United States v. Thomas*, No. 4:13-CV-688-A, 2013 WL 11332537, at *1–2 (N.D. Tex. Sept. 5, 2013) (McBryde, J.) (holding that Local Rule 83.10(a) required Austin-based attorney to designate local counsel). A review of the record reveals that Plaintiff has failed to comply with Local Rule 83.10(a), as Plaintiff's counsel is in Plano, Texas.

   The Court thus **ORDERERS** that by **January 26, 2023**, Plaintiff shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so may result in the imposition of sanctions or a dismissal without prejudice.

   **SO ORDERED** on this **23rd day of January, 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE