UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **J. ROBYN STRADER,** *Plaintiff*, v. **CVS HEALTH CORPORATION; CVS HEALTH SOLUTIONS, LLC; MINUTECLINIC, LLC; MINUTECLINIC DIAGNOSTIC OF TEXAS, LLC,** *Defendants*. | Case No. 4:23-cv-00038-P NOTICE OF APPEARANCE AND COMPLIANCE WITH LOCAL RULE 83.10(a) |

On January 23, 2023, the Court ordered Plaintiff to file a notice clarifying compliance with Local Rule 83.10(a). Dkt. No. 10. Under this rule, "Local counsel" means "a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." Jeffrey C. Mateer, of the law firm of First Liberty Institute, serves as local counsel in this matter on behalf of Plaintiff. He is a member of the bar of this court, he resides in the district, and his principal office is located within 50 miles of the Fort Worth courthouse. He has appeared in this case upon the filing of the original Complaint, on January 11, 2023.

Respectfully submitted this 24th day of January, 2023.

/s/ *Jeffrey C. Mateer*
Jeffrey C. Mateer
TX Bar No. 13185320
FIRST LIBERTY INSTITUTE
2001 West Plano Pkwy., Ste. 1600
Plano, TX 75075
(972) 941-4444
jmateer@firstliberty.org

1

## CERTIFICATE OF SERVICE

On January, 24, 2023, the NOTICE OF APPEARANCE AND COMPLIANCE WITH LOCAL RULE 83.10(a) was electronically submitted through the Court's CM/ECF system.

Dated this 24th day of January, 2023.

> */s/ Jeffrey C. Mateer*
> Jeffrey C. Mateer
> TX Bar No. 13185320
> FIRST LIBERTY INSTITUTE
> 2001 West Plano Pkwy., Ste. 1600
> Plano, TX 75075
> (972) 941-4444
> jmateer@firstliberty.org