UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**J. ROBYN STRADER,**

   Plaintiffs

v.                                                No. 4:23-cv-0038-P

**CVS HEALTH CORPORATION, ET AL.,**

   Defendant.

# ORDER

Before the Court is the Parties' Joint Motion to Amend their Scheduling Order. ECF No. 39. In it, the Parties request extensions on various pre-trial deadlines to accommodate their deposition schedules. *Id.*

Having considered the Motion and applicable law, the Court concludes good cause for amendment exists and **GRANTS** the Motion (ECF No. 39). The Parties' pre-trial deadlines shall be as follows:

1. Initial Expert Designations and Reports shall be filed **on or before February 20, 2024.**
2. Responsive Expert Designations and Reports shall be filed **on or before March 20, 2024.**
3. Mediation shall be completed **on or before April 22, 2024.**
4. Discovery shall be completed **on or before May 20, 2024.**
5. Dispositive motions shall be filed **on or before June 20, 2024.**
6. Pre-trial disclosures shall be filed **on or before September 9, 2024,** with objections thereto due **fourteen days thereafter.**
7. Expert objections shall be filed **on or before September 16, 2024.**
8. Pre-trial materials shall be filed **on or before September 26, 2023.**
9. Exchange of Exhibits shall occur **on or before October 7, 2024.**
10. Trial shall be set to begin **on Monday, October 21, 2024.**

**SO ORDERED** on this **19th day of October 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2