UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**J. ROBYN STRADER,**

   Plaintiff,

v.                                      No. 4:23-cv-00038-P

**CVS HEALTH CORPORATION, ET AL.,**

   Defendants.

### ORDER

   By Order dated May 9, 2023, the Court directed the Parties to mediate this case on or before December 20, 2023, in compliance with the Scheduling Order. *See* ECF Nos. 31, 27. The Scheduling Order required the Parties to file a joint report regarding such mediation within 7 days thereafter. *See* ECF No. 27 at 3. That deadline has come and gone, but the Parties haven't filed a mediation report. Accordingly, the Parties are **ORDERED** to file a Status Report to **SHOW CAUSE** why they failed to file a mediation report **on or before January 26, 2024**. Alternatively, the Parties may obviate the need to do so by filing the required mediation report by that date.

   **SO ORDERED** on this **22nd day** of **January 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE