UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**J. ROBYN STRADER,**

   Plaintiff,

v.                                                                  No. 4:23-cv-00038-P

**CVS HEALTH CORPORATION, ET AL.,**

   Defendants.

## ORDER

The Court's prior Order (ECF No. 49) is hereby **RESCINDED** per the deadline extension in ECF No. 40.

**SO ORDERED** on this **22nd day** of **January 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE