UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**J. ROBYN STRADER,**

   Plaintiff,

v.   No. 4:23-cv-00038-P

**CVS HEALTH CORPORATION, ET AL.,**

   Defendants.

## ORDER

The Parties successfully mediated this case to a settlement on April 16, 2024. *See* ECF No. 62. Their Joint Report represented that a Stipulation of Dismissal should be expected "no later than May 6, 2024." *Id.* at 2. That date has since passed with no Stipulation of Dismissal filed. Accordingly, the Court **ORDERS** the Parties to file a Stipulation of Dismissal **on or before May 17, 2024**. Should they be unable to do so, the Court **ORDERS** the Parties to file a Status Report explaining why they cannot file the required paperwork by that date.

**SO ORDERED** on this **7th day** of **May 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE