IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **J. ROBYN STRADER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA No. 4:23-cv-00038-P |
| | ) |
| **CVS HEALTH CORPORATION;** | ) |
| **CVS HEALTH SOLUTIONS, LLC;** | ) |
| **MINUTECLINIC, LLC;** | ) |
| **MINUTECLINIC DIAGNOSTIC OF** | ) |
| **TEXAS, LLC,** | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff J. Robyn Strader ("Plaintiff") and Defendants CVS Health Corporation, CVS Health Solutions, LLC, MinuteClinic, L.L.C., and MinuteClinic Diagnostic of Texas, LLC (collectively, "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Joint Stipulation of Dismissal with Prejudice.

The parties have reached a settlement. Accordingly, Plaintiff agrees and stipulates that this action is hereby dismissed with prejudice in its entirety. Defendants agree to Plaintiff's stipulation of dismissal and the filing of this document as shown by the signature of its counsel below. There are no pending motions before the Court in this lawsuit as of the filing of this document.

Plaintiff agrees and stipulates that Plaintiff is solely responsible for her own attorneys' fees and costs incurred as a result of this action except as otherwise agreed by the Parties. Defendants agree and stipulate that they are solely responsible for their own attorneys' fees and costs incurred as a result of this action.

This stipulation is effective upon filing of this document pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: May 16, 2024

Respectfully Submitted,

*/s/ Jeffrey C. Mateer (w/permission)*
Jeffrey C. Mateer
Texas State Bar No. 13185320
David J. Hacker
Texas State Bar No. 24103323
Ryan N. Gardner
Texas State Bar No. 24101790
Danielle A. Runyan
Texas State Bar No. 24134548
FIRST LIBERY INSTITUTE
2001 West Plano Pkwy., Ste. 1600
Plano, TX 75075
jmateer@firstliberty.org
dhacker@firstliberty.org
rgardner@firstliberty.org
drunyan@firstliberty.org

Stephanie N. Taub
AR Bar No. 2021151
FIRST LIBERTY INSTITUTE
P.O. Box 744
Cabot, AR 72023
staub@firstliberty.org

Tabitha Marie Harrington
DC Bar No. 1027879
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave NW, Suite 1410
Washington, DC 20004
tharrington@firstliberty.org

Douglas Peterson (*pro hac vice*)
FIRST LIBERTY INSTITUE
200 South 21st Street, Suite 400
Lincoln, NE 68510
dpeterson@firstliberty.org

Jonathan Berry
D.C. Bar No. 1016352
Jared M. Kelson
D.C. Bar No. 241393
Andrew W. Smith
Tennessee State Bar No. 040117

*/s/ Kimberly R. Miers*
Kimberly R. Miers
Texas State Bar No. 24041482
kmiers@littler.com
Jeremy W. Hawpe
Texas State Bar No. 24046041
jhawpe@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100
214.880.0181 (Fax)

Heather A. Pierce (*pro hac vice*)
hpierce@littler.com
LITTLER MENDELSON, P.C.
One Financial Plaza, Suite 2005
Providence, RI 02903
401.824.2506
401.223.6867 (Fax)

Allison Clara Williams
Texas State Bar No. 24075108
acwilliams@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400
713.951.9212 (Fax)

Melinda J. Wetzel
mwetzel@littler.com
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
512.982.7250
512.982.7248 (Fax)

**ATTORNEYS FOR DEFENDANTS**

BOYDEN GRAY PLLC
801 17th Street NW, Ste. 350
Washington, DC 20006
jberry@boydengray.com
kelson@boydengray.com
asmith@boydengray.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2024, the foregoing was electronically filed in the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

Jeffrey C. Mateer
David J. Hacker
Ryan N. Gardner
Danielle A. Runyan
FIRST LIBERY INSTITUTE
2001 West Plano Pkwy., Ste. 1600
Plano, TX 75075
jmateer@firstliberty.org
dhacker@firstliberty.org
rgardner@firstliberty.org
drunyan@firstliberty.org

Stephanie N. Taub
FIRST LIBERTY INSTITUTE
P.O. Box 744
Cabot, AR 72023
staub@firstliberty.org

**ATTORNEYS FOR PLAINTIFF**

Tabitha Marie Harrington
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave NW, Suite 1410
Washington, DC 20004
tharrington@firstliberty.org

Douglas Peterson
FIRST LIBERTY INSTITUE
200 South 21st Street, Suite 400
Lincoln, NE 68510
dpeterson@firstliberty.org

Jonathan Berry
Jared M. Kelson
Andrew W. Smith
BOYDEN GRAY PLLC
801 17th Street NW, Ste. 350
Washington, DC 20006
jberry@boydengray.com
jkelson@boydengray.com
asmith@boydengray.com

*/s/ Melinda J. Wetzel*
Melinda J. Wetzel

4875-9772-1020.1 / 090142-1416